Clarence E. JARRETT, Plaintiff–Appellant,

v.

Les BROWNLEE, Acting Secretary of the Army Defendant–Appellee.

No. 03–1242.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 5, 2003.

Before GAJARSA, LINN, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED*

AFFIRMED. *See* Fed. Cir. R.36.

TRW INC., Appellant,

v.

James G. ROCHE, Secretary of the Air Force, Appellee.

No. 03–1110.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 15, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).